UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERTO CORREA<br>BETSY CARDOSO,<br>    Defendants. | Cr. No. CR 18 99-01 WES<br><br>In violation of<br><br>18 U.S.C. § 371<br>Conspiracy to Provide and Possess Contraband in Prison<br><br>18 U.S.C. § 1791(a)(2)<br>Possessing Contraband by a Prison Inmate<br><br>18 U.S.C. § 1791(a)(1)<br>Providing Contraband to a Prison Inmate |

FILED
JUL 17 2018
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

## INDICTMENT

The grand jury charges that:

### INTRODUCTION

1. At all times relevant to this indictment, defendant ROBERTO CORREA was an inmate of a prison, namely the Donald W. Wyatt Detention Facility ("Wyatt"), located in Central Falls, Rhode Island.

2. At all times relevant to this indictment, AB-FUBINACA was a Schedule I controlled substance. AMB-FUBINACA, also known as FUB-AMB, is a substance the chemical structure of which is substantially similar to the chemical structure of AB-FUBINACA, a Schedule I substance. As such, AMB-FUBINACA was a controlled

1

substance analogue. On November 3, 2017, AMB-FUBINACA was added as a Schedule I controlled substance. As a controlled substance analogue, AMB-FUBINACA was intended for human consumption and was a prohibited object. AMB-FUBINACA was known popularly as "K-2" or "K-2 spice."

3. Effective April 10, 2017, 5-fluoro MDMB-PICA was added as a Schedule I controlled substance.

4. From in or about February, 2017 through in or about April 2017, defendant ROBERTO CORREA arranged for codefendant BETSY CARDOSO to mail packages to him at Wyatt containing a controlled substance analogue, AMB-FUBINACA, and 5-fluoro MDMB-PICA, a Schedule I controlled substance. The packages contained documents, some of a personal nature and others of a legal nature, which contained those substances.

5. Mail received at federal prison facilities is routinely opened by prison officials to determine if, among other things, the package contains contraband.

6. Legal mail sent to an inmate by his attorney, however, is not ordinarily subject to being opened and examined in this manner.

7. CARDOSO was able to send CORREA the controlled substance analogue and the controlled substance by sending the packages to CORREA, labeling them as confidential and putting an attorney's name for the return address.

**COUNT ONE**
18 U.S.C. § 371
(Conspiracy to Provide and Possess Contraband in Prison)

8. The Grand Jury realleges and incorporates by reference the allegations in paragraphs 1-7 of this Indictment, and further charges that:

9. During the period from on or about February 6, 2017 to on or about April 25, 2017, in the District of Rhode Island, the defendants,

ROBERTO CORREA
and
BETSY CARDOSO,

did knowingly and intentionally combine, conspire and agree to commit offenses against the United States, that is: providing a prohibited object to a prison inmate in violation of 18 U.S.C. § 1791(a)(1) and making, possessing, and obtaining a prohibited object by a prison inmate, in violation of 18 U.S.C. § 1791(a)(2).

10. In furtherance of the conspiracy and to effect the objects of the conspiracy, the following overt acts, among others, were committed in the District of Rhode Island, the district of Massachusetts and elsewhere:

(a) On or about March 1, 2017, CARDOSO spoke to CORREA by telephone. During their conversation, they discussed CORREA's need for CARDOSO to send him more AMB-FUBINACA and 5-fluoro MDMB-PICA. During the conversation, CORREA told CARDOSO, "they

[prison officials] gave me your thing but they must have, must have not let me get the card because they gave me a contraband slip ... try to send two more of those letters because I know you're leaving this weekend before your thing."

(b)  On or about April 12, 2017, in the district of Massachusetts, defendant CARDOSO placed in the mail an envelope addressed to defendant CORREA at Wyatt, which contained documents containing AMB-FUBINACA and 5-fluoro MDMB-PICA.

All in violation of 18 U.S.C. § 371.

## COUNT TWO
18 U.S.C. § 1791(a)(2)
(Attempted Possession of Contraband by an Inmate)

11.  The Grand Jury realleges and incorporates by reference the allegations in paragraphs 1-7 of this Indictment, and further charges that:

12.  From on or about April 12, 2017 to on or about April 14, 2017, in the District of Rhode Island, the defendant,

ROBERTO CORREA,

an inmate of the Donald W. Wyatt Detention Facility ("Wyatt"), a Federal detention facility and facility in which persons are held in custody by direction of and pursuant to a contract and agreement with the Attorney General, attempted to possess, make and obtain a prohibited object, that is, AMB-FUBINACA, also known as FUB-AMB, a controlled substance analogue, and 5-fluoro

MDMB-PICA, a Schedule I controlled substance.

All in violation of 18 U.S.C. §§ 1791(a)(2) and (b)(2).

## COUNT THREE
18 U.S.C. § 1791(a)(1)
(Providing Contraband to an Inmate)

13. The Grand Jury realleges and incorporates by reference the allegations in paragraphs 1-7 of this Indictment, and further charges that:

14. On or about April 12, 2017, in the District of Rhode Island, the defendant, BETSY CARDOSO, contrary to statute, and the rules of Wyatt and the Department of Justice, provided and attempted to provide a prohibited object, that is, AMB-FUBINACA, also known as FUB-AMB, a controlled substance analogue, and 5-fluoro MDMB-PICA, a Schedule I controlled substance, to Roberto Correa, an inmate of the Donald W. Wyatt Detention Facility ("Wyatt"), a Federal detention facility and facility in which persons are held in custody by direction of and pursuant to a

contract and agreement with the Attorney General.

All in violation of 18 U.S.C. §§ 1791(a)(1) and (b)(2).

A TRUE BILL:

REDACTED

Grand Jury Foreperson

Date: 7-17-18

STEPHEN G. DAMBRUCH
United States Attorney

*/s/ Terrence P. Donnelly*

TERRENCE P. DONNELLY
Assistant U.S. Attorney

*/s/ Sandra R. Hebert*

SANDRA R. HEBERT
Assistant U.S. Attorney
Deputy Chief of the Criminal Division